E.D.N.Y.-Bklyn
10-cv-3571
Glasser, J.

# United States Court of Appeals
## FOR THE
## SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 30th day of December, two thousand fourteen.

Present:
> Raymond J. Lohier, Jr.,
> Susan L. Carney,
> Christopher F. Droney,
> > *Circuit Judges*.

Easton Stevens, individually and on behalf of all other persons similarly situated, et al.,

> *Plaintiffs-Appellants*,

v.

14-3652

HMSHost Corporation, et al.,

> *Defendants-Appellees*.

Appellees move to dismiss the appeal for lack of jurisdiction. Upon due consideration, it is hereby ORDERED that Appellees' motion is GRANTED and the appeal is DISMISSED. We conclude that a final order has not been issued by the district court as contemplated by 28 U.S.C. § 1291, and the collateral order doctrine does not apply to this appeal. *See Coopers & Lybrand v. Livesay*, 437 U.S. 463, 467-69 (1978).

> FOR THE COURT:
> Catherine O'Hagan Wolfe, Clerk